UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2139

LISA D. JORDAN,

Plaintiff - Appellant,

versus

FOUNDERS FEDERAL CREDIT UNION,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Joseph F. Anderson, Jr., Chief District Judge. (CA-03-1923-0-17BD)

Submitted: February 24, 2005          Decided: March 4, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa D. Jordan, Appellant Pro Se. Regina Hollins Lewis, NEXSEN PRUET, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lisa D. Jordan appeals the district court's order accepting the recommendation of the magistrate judge denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jordan v. Founders Federal Credit Union, No. CA-03-1923-0-17BD (D.S.C. filed Aug. 5, 2004 & entered Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED